# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160574-5(82)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PHARES A. NOEL II,
        Plaintiff-Appellant,

v

SCHOLASTIC SOLUTIONS, LLC, DIANE
FISHER, and TERRENCE L. CURRY,
        Defendants-Appellees,

and

JOHN BOWERS and BOWERS AND
COMPANY,
        Defendants.

SC: 160574
COA: 343580
Oakland CC: 2017-157859-CB

_____/

PHARES A. NOEL II and SCHOLASTIC
SOLUTIONS, LLC,
        Plaintiffs-Appellants,

v

DIANE FISHER,
        Defendant-Appellee.

SC: 160575
COA: 347056
Oakland CC: 2018-165116-CB

_____/

On order of the Court, the motion for reconsideration of this Court's June 30, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

a0921